

# THE THIRTEENTH COURT OF APPEALS

13-14-00568-CR

Mark Anthony Green
v.
The State of Texas

On Appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 88-7-13,248-3

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed.  The Court orders the appeal

DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

October 30, 2014